**DENIED; Opinion Filed August 29, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00979-CV

## IN RE SANDRA CRENSHAW, Relator

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. DC-08-03187-H**

## MEMORANDUM OPINION
Before Justices Myers, Nowell, and Carlyle
Opinion by Justice Nowell

Before the Court is relator's petition for writ of mandamus complaining that the Dallas County Local Administrative Judge has refused to rule on her request for a prefiling order allowing her to proceed with a petition in the justice court.

To be entitled to mandamus relief, relator must show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we conclude relator has not shown she is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a)(the court must deny the petition if court determines relator is not entitled to relief sought).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190979F.P05